# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 14, 2025

## NO. 03-24-00571-CV

**Corgey Custom Homes, LLC, Appellant**

**v.**

**Corey Alan Barnes and Lynsie Rene Barnes, Appellees**

**APPEAL FROM THE 335TH DISTRICT COURT OF LEE COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY, AND ELLIS**
**VACATED AND REMANDED ON JOINT MOTION -- OPINION BY JUSTICE ELLIS**

This is a restricted appeal from the judgment signed by the trial court on February 27, 2024. The parties have filed a joint motion to vacate the trial court's judgment. Having considered the motion, the record in this case, and the parties' arguments, the Court agrees that the motion should be granted. Therefore, the Court grants the motion, vacates the trial court judgment and remands the case for further proceedings in accordance with the settlement agreement of the parties. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.